# Court of Appeals
# of the State of Georgia

ATLANTA, September 11, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0009. EQUITY AUTO LOAN d/b/a INSTALOAN v. JENNIFER H. KEATON, IN HER OFFICIAL CAPACITY AS HEARING OFFICER FOR THE CITY OF DORAVILLE, et al.**

Equity Auto Loan d/b/a Instaloan submitted an application for an Occupation Tax Certificate to operate a business in the City of Doraville. The application was denied by the City of Doraville's designated Hearing Officer, and Equity Auto Loan appealed to superior court, seeking declaratory judgment, mandamus, and injunctive relief. Equity Auto Loan challenged the constitutionality of the zoning ordinance at issue and requested that the trial court issue a writ of mandamus to force the City of Doraville to issue the tax certificate. The trial court ruled in favor of the City of Doraville, and this application followed. We lack jurisdiction.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5). Because this case involves the denial of a request for mandamus relief, jurisdiction lies in the Supreme Court. See *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006). Additionally, the Supreme Court "has exclusive jurisdiction over . . . all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question. See Ga. Const. of 1983, Art. VI, Sec. VI, Para. II (1); *Atlanta Independent School System v. Lane*, 266 Ga. 657 (1) (469 SE2d 22) (1996). This case also involves a ruling on the constitutionality of the zoning ordinance in question. Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 09/11/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*